IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 14-0072-CG-C |
| 280 Cody Road South, Mobile, AL, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT OF FORFEITURE**

In accordance with the order entered of this date, the defendant, 280 Cody Road South, Mobile, Alabama, together with its appurtenances and improvements in Mobile County, Alabama, is forfeited to the plaintiff, the United States of America, for disposition according to law.

**DONE and ORDERED** this 13th day of February, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE